RECEIVED

JUN 11 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DARRYL BERGERON | CIVIL ACTION NO. 5:14-cv-0737 |
| VS. | SECTION P |
| | JUDGE STAGG |
| KEY WEST POLICE DEPARTMENT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the pro se pleading filed herein by Darryl Bergeron on April 2, 2014 be **DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 11th day of June, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE